**UGO UZOH, P.C.**
ATTORNEYS AT LAW
56 WILLOUGHBY STREET, THIRD FLOOR
BROOKLYN, NEW YORK 11201
TEL: (718) 874-6045, FAX: (718) 576-2685

December 18, 2023

**By ECF**

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    Anthony Holley v. City of New York, et al.
                         23 CV 5982 (OEM) (RML)

Dear Judge Levy:

      This firm represents Plaintiff Anthony Holley, in connection with the above referenced matter. Pursuant to Your Honor's December 8, 2023 directive, I write to respectfully advise the Court that all named defendants were timely served with the pleadings in this matter in early October except for Roy Rodriguez who the plaintiff was unable to serve at the address we had on file for him. (Docket Nos. 5-6.) On or about November 7, 2023, as defendants had yet to answer or otherwise appear in this matter, we contacted defendants (primarily the City of New York) and provided them with all pertinent information concerning this matter to obviate the need for unnecessary motion practice. While the undersigned has communicated with counsel for defendants and was initially given the impression that defendants would answer or otherwise appear in this matter, it appears that defendants have yet to serve and file an answer. Earlier today, defendants filed a letter motion seeking until February 1, 2024 to file and serve what they refer to as their "anticipated premotion conference letter". (Docket No. 7.) As I have made clear to defendants, plaintiff does not consent to any extension as defendants have had more than enough time to undertake and complete whatever investigations they deem fit. Moreover, plaintiff is concerned about the statute of limitations and his ability to add or join any new defendants in this matter.

Honorable Robert M. Levy
December 18, 2023
Page 2 of 2

      Thank you for your time and consideration in this regard.

                                                    Respectfully submitted,

                                                          Ugochukwu Uzoh

cc:      All Counsel [via ECF]